IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.

Mamie J. TAYLOR, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7197.

United States Court of Appeals,
Federal Circuit.

Dec. 30, 2003.

### ORDER

Upon consideration of Mamie J. Taylor's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

Luisa A. SANCHEZ, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7196.

United States Court of Appeals,
Federal Circuit.

Dec. 30, 2003.

### ORDER

Upon consideration of Luisa A. Sanchez's unopposed motion to voluntarily dismiss this appeal,